IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAERON JOHNSON MERRETT,

    Petitioner,

v.

WARDEN E. EMMERICH,

    Respondent.

ORDER

Case No. 25-cv-224-jdp

---

Petitioner Daeron Johnson Merrett seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than April 22, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately September 24, 2024 through the date of the petition, March 24, 2025.

ORDER

IT IS ORDERED that:

1. Petitioner Daeron Johnson Merrett may have until April 22, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

  2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before April 22, 2025, I will assume that petitioner wishes to withdraw this petition.

  Entered this 25th day of March, 2025.

      BY THE COURT:

      /s/
      ANDREW R. WISEMAN
      United States Magistrate Judge